# SENTENCING SUMMARY CHART

[ ☑ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

**Sentencing Date:** January 23, 2023

USPO ☐
AUSA ☑
DEF ☐

Defendant's Name: Martha Armenta Docket No.: 19CR1953-03-GPC

Attorney's Name: Kyle Martin Phone No.: 619.546.7726

Guideline Manual Used: November 1, 2021 Agree with USPO Calc.: No

| | |
|---|---|
| Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2D1.1 | 34 |
| Specific Offense Characteristics: USSG § 2D1.1(b)(18) - Safety Valve | -2 |
| 3B1.2 Minor Role | -2 |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: (☐ Combined (Mult. Counts) ☐ Career Off. ☐ Armed Career Crim.) | 30 |
| Adjustment for Acceptance of Responsibility: [ ☑ Gov. Motion Under USSG § 3E1.1(b)] | -3 |
| Total Offense Level: | 27 |
| Criminal History Score: | 0 |
| Criminal History Category: (☐ Career Offender ☐ Armed Career Criminal) | I |

Guideline Range: from 70 mths to 87 mths
(Range limited by: ☐ minimum mand. ☐ statutory maximum

Departures:

| | |
|---|---|
| USSG § 5K3.1 - Expeditious Resolution | -4 |
| 5K2.0 - Combination of Factors | -4 |

Resulting Guideline Range: Adjusted Offense Level 19 from 30 mths to 37 mths

**RECOMMENDATIONS:** time served in custody*, 3 years SR

*Pursuant to the plea agreement, and taking into account the factors enumerated in 18 U.S.C. 3553, the government recommends a sentence of time served.